UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 17-CV-7529-CBM-AFM | Date | December 15, 2017 |

| | |
|---|---|
| Title | *Carmen John Perri v. 7-Eleven No. 25887, et al.* |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER VACATING ORDER TO SHOW CAUSE**

On December 1, 2017, the Court issued an order to show cause why the Court should not exercise its discretion under 28 U.S.C. § 1367(c) to decline supplemental jurisdiction over Plaintiffs' state law claim, on the basis that the state-law claim (1) substantially predominates over the federal claim and (2) presents a novel and complex issue of state law. (Dkt. No. 18.) On December 11, 2017, Plaintiff filed a First Amended Complaint that seeks only a single instance of statutory damages under the state law claim, thus obviating the need to reach the novel and complex issue of state law. (Dkt. No. 19.)

In light of Plaintiff's amendment, the Court will not at this time exercise its discretion to decline supplemental jurisdiction over Plaintiff's state law claim. The Court may revisit this issue if it becomes apparent that Plaintiff's state law claim will substantially predominate over Plaintiff's federal claim. The Court's previous Order to Show Cause (Dkt. No. 18) is hereby vacated.

**IT IS SO ORDERED.**