| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Joseph R. Manning, Jr SBN #223381  Michael J Manning SBN 286879<br>MANNING LAW APC<br>4667 MacArthur Blvd, Ste 150<br>Newport Beach, CA 92660<br>TELEPHONE NO: 949-200-8755   FAX NO. *(Optional):* 866-843-8308<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Carmen John Perri an individual | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

STREET ADDRESS: 350 W 1st Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

PLAINTIFF/PETITIONER: Cramen John Perri, an individual

DEFENDANT/RESPONDENT: 7-Eleven #25887 business form unknwon et al

CASE NUMBER: 2:17 cv 07529

**PROOF OF SERVICE**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Assignment to United States Judges, Certification and Notice of Interested Parties, Standing Order, Notice to Parties ADA Disability Access Litigation, Application for Stay and Early Mediation Proposed Order
3. a. Party served *(specify name of party as shown on documents served):*
      PRIME INVESTMENTS LLC, a California limited liability company
   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Farshid Ravati- Agent for Service
4. Address where the party was served:
   11285 Santa Monica Blvd Los Angeles, CA  90025
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*        (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 10/24/2017  at *(time):* 3:40 PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      Mada Bolay- Manager on charge authorized to accept
      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*       from *(city):*       or [✓] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Cramen John Perri, an individual | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: 7-Eleven #25887 business form unknwon et al | 2:17 cv 07529 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                     (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: PRIME INVESTMENTS LLC, a California limited liability company
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)                  ☑ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                                                 ☐ other:

7. **Person who served papers**
  a. Name: Adriana M Achucarro
  b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
  c. Telephone number: 949-305-9108
  d. The fee for service was: $ 35.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner  ☐ employee  ☑ independent contractor.
      (ii) Registration No.: 2898
      (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 11/1/2017

Adriana M Achucarro
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         ▶         *(signature)*

UNITED STATES DISTRCIT COURT CENTRAL DISTRCIT OF CALIFORNIA

WESTERN DIVISION

CARMEN JOHN PERRI, an individual

    PLAINTIFF(S)

vs

7 ELEVEN #25887  A business form unknown

et al

    DEFENDANT(S)

CASE NUMBER

2:17 cv 07529

DECLARATION OF DUE DILIGENCE

I SERVED THE SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE TO PARTIES ADA DISABILITY ACCESS LITIGATION, APPLICATION FOR STAY AND EARLY MEDIATION STANDING ORDER PROPOSED ORDER , STANDING ORDER

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b): PRIME INVESTMENTS LLC a California limited liability company – Farshid Rayati- Agent for Service

By leaving with a person at least 18 years of age: Mada Bolay- Manager on charge authorized to accept

Date: 10/24/2017        Time: 3:40 PM

Address and City where served: 11285 Santa Monica Blvd Los Angeles, CA 90025

Which is the Defendant(s) BUSINESS ADDRESS and on 10/26/2017 mailed a copy from ANAHEIM, CA to the above address by first class mail postage fully prepaid. That the substitute service was made only after making the following attempts to serve the defendant(s) personally.

### CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL    SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS :AT 2444 Wilshire Blvd #310 Santa Monica CA 90403 & 11285 Santa Monica Blvd Los Angeles CA 90025

| # | DATE | TIME | AT THE | CODE DEFINITION |
|---|---|---|---|---|
| 1) | 10/19/17 | 1:15 PM. | BUSINESS ADDRESS | (A) |
| 2) | 10/22/17 | 3:45 PM | BUSINESS/ADDRESS | (A) |
| 3) | 10/24/17 | 3:405 PM | B/A | (B) |

### CODE DEFINITIONS

(A) BUSINES SANTA MONICA CLOSED
(D) MOVED FORWARDING ADDRESS PROVIDED
(G) B/A MOVED NEW ADDRESS LOCATED
(J) TERMINATED AT EMPLOYMENT
(L) VERIFIED AS USUAL MAILING ADDRESS PER C.C.P. 415.20

(A) AGENT FOR SERVICE NOT AT BUSINESS
(E) UNKNOWN AT ADDRESS GIVEN
(H) BUSINESS CLOSED
(K) NOT AUTHORIZED AGENT/PARTNER
(M) GATES AROUND RESIDENCE LOCKED

(C) MOVED LEFT NO FORWARDING ADDRESS
(F) B/A MOVED, NO NEW ADDRESS AVAILABLE
(I) COMPANY POLICY PROHIBIT EMPLOYEE FROM CALLED AT THE JOB.
(N) DEFENDANT WAS PRESENT, BUT SERVER WAS TOLD DEFENDANT WAS UNAVAILAB

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correc Executed on 11/1 /2017 at ANAHEIM, CA

SIGNATURE
Adriana M Achucarro PSC #2898 Orange County
2390 E Orangewood Ave #530.
ANAHEIM, CA 92806  949-305-9108
949-305-9108

UNITED STATES DISTRICT COURT- CENTRAL DISTRICT OF CALIFONRIA

WESTERN DIVIDION

| | |
|---|---|
| CARMEN JHON PERRI, AN INDIVIDUAL  PLAINTIFF(S)  vs  7 -ELEVNE #25887 A BUSINESS FORM UNKNOWN   ET AL  DEFENDANT(S) | CASE NUMBER  2:17 cv 07529  DECLARATION OF MAILING |

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2390 E Orangewood Ave #530. Anaheim, CA 92806

On October 26th, 2017 after substituted service under CCP 415.20 (a) or 415.20 (b) or FRCIV.P 4(d) was made I mailed copies of the:

**Summons in a Civil Action, Complaint, Civil Cover Sheet,** Certification and Noitice of Interested Parties, Notice of Assignment, Standing Order, Notice to Parties ADA Disability Access Litigation, Application for Stay and Early Mediation, Proposed Order

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Anaheim, California, addressed as follows:

PRIME INVESTMENTS LLC a California limited liability company

Attn : Farshid Rayati- Agenti for Service

2444 Wilshire Blvd #310 Sanrta Monica, CA 90403

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Anaheim, California in the ordinary course of business.

I declared under penalty of perjury under the laws of the State of California that the foregoing information is true and correct.

Executed on 11/1/2017, at Anaheim CA

_[signature]_
Adriana M. Achucarro RTOT INC
2390 E Orangewood Ave #530., Anaheim CA 92806
(949) 305-9108

UNITED STATES DISTRICT COURT- CENTRAL DISTRICT OF CALIFONRIA

WESTERN DIVIDION

| | |
|---|---|
| CARMEN JHON PERRI, AN INDIVIDUAL | |
| PLAINTIFF(S) | CASE NUMBER |
| vs | 2:17 cv 07529 |
| 7-ELEVNE #25887 A BUSINESS FORM UNKNOWN ET AL | DECLARATION OF MAILING |
| DEFENDANT(S) | |

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2390 E Orangewood Ave #530. Anaheim, CA 92806

On October 26th, 2017 after substituted service under CCP 415.20 (a) or 415.20 (b) or FRCIV.P 4(d) was made I mailed copies of the:

Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Noitice of Interested Parties, Notice of Assignment, Standing Order, Notice to Parties ADA Disability Access Litigation, Application for Stay and Early Mediation, Proposed Order

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Anaheim, California, addressed as follows:

PRIME INVESTMENTS LLC a California limited liability company

Attn : Farshid Rayati- Agenti for Service

11285 Santa Monica Blvd Los Angeles, CA 90025

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Anaheim, California in the ordinary course of business.

I declared under penalty of perjury under the laws of the State of California that the foregoing information is true and correct.

Executed on 11/1/2017, at Anaheim CA

Adriana M. Achucarro RTOT INC
2390 E Orangewood Ave #530., Anaheim CA 92806
(949) 305-9108